# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*  

CASE NUMBER: 22-04365-MJ-PCT-CDB

*v.*

*LYDIA KING*  

ELECTRONIC CRIMINAL COMPLAINT

I, the undersigned, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about September 28, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, LYDIA KING, an Indian, with premeditation and with malice aforethought, did unlawfully kill M.K.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about September 28, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, LYDIA KING, an Indian, with premeditation and with malice aforethought, did unlawfully kill John Doe, a child under the age of 18.

In violation of Title 18, United States Code, Sections 1153, 1111, and 3559(f).

### COUNT 3

On or about September 28, 2022, in the District of Arizona, the defendant, LYDIA KING, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, resulting in death, that is, First Degree Murder, as alleged in Counts 1 and 2, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (j).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN.

Continued on the attached sheet and made a part hereof:    ☒  Yes    ☐  No

REVIEWED BY: *s/Dimitra H. Sampson*    DIMITRA SAMPSON    Digitally signed by DIMITRA SAMPSON
Date: 2022.09.29 11:05:12 -07'00'

X Pursuant to 28 U.S.C. § 1746(2), I declare
that the foregoing is true and correct

Eric D. Stoddard, Special Agent, FBI
Complainant's Name and Title

_____  9/29/2022
Complainant's Signature        Date

_____
Date

Flagstaff, Arizona
City and State

Sworn by telephone  X

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.09.29
12:58:54 -07'00'

Signature of Judicial Officer

- 2 -

## ELECTRONICALLY SUBMITTED AFFIDAVIT OF PROBABLE CAUSE

The undersigned, being duly sworn, deposes and says:

1. Your Affiant, Eric D. Stoddard, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Field Office. In the course of his official duties, your Affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the District of Arizona. In this regard, the following information was developed by your Affiant, other FBI Special Agents, and/or Criminal Investigators (CI) from the Navajo Nation Department of Public Safety (NDPS) regarding the investigation of the murder of M.K., an adult Native American male, and John Doe, a six-year-old Native American male, by Lydia Carol King ("King"), a 28-year-old, Native American female. This violation occurred on or about September 28, 2022, near Kaibeto, Arizona, a location within the exterior boundaries of the Navajo Indian Reservation in the District of Arizona.

2. On September 28, 2022, at approximately 10:26 p.m. Mountain Standard Time (MST), SA Stoddard was informed by CI Crystal Thinn of a double homicide which occurred between Kaibeto, Arizona and Red Lake, Arizona. CI Thinn advised that M.K, a Native American male, and his son, John Doe, a six-year-old Native American male, had been shot and were both deceased. CI Thinn further advised several vehicles travelling on Indian Route 21 between Kaibeto and Red Lake had been struck by what was reported to be gunfire. Your Affiant responded to the scene and observed that M.K. had what appeared to be a penetrating gunshot wound to his back, a grazing gunshot wound to his back, and a

penetrating gunshot wound to his head. Six-year-old John Doe had what appeared to be a single penetrating gunshot wound to his face below his right eye.

3. CI Thinn conducted an interview of Lydia King's brother, Mychael Black ("Black"), at which time he said on the evening of September 28, 2022, he observed M.K. and King outside their mother's residence near a vehicle. Black heard M.K. tell King to be careful, that it was loaded, referring to a firearm King had. Black then heard King say she was sorry, and then heard several gunshots. Black and his brother ran into the woods nearby and heard what sounded like a gunshot traveling past them.

4. In the early morning hours of September 29, 2022, your Affiant was informed that the Flagstaff Police Department ("FPD") had detained a Lydia King at the Flagstaff Medical Center ("FMC"). King had approached an employee at the emergency department and advised there were two dead bodies on the Navajo Indian Reservation, and she was the one who had killed them. FMC security staff made contact with King, and she repeated the statement to them. FMC security staff contacted the FPD, and she again repeated the statement to the officers. King was transported to the FPD pending an interview by the FBI.

5. Several hours later, your Affiant contacted King at the FPD. After advising King of her rights, she said she had a thought wondering if her husband, M.K., and her brothers were going to kill her or "jump" her. She said she would kill them first. King was asked if M.K. had ever physically assaulted her or harmed her and she said no. She said at one point he pushed her out of the way, but he had never assaulted her. She said her brothers had never assaulted her either. King indicated there was some "rough housing" between

her and one of her brothers which she described as normal brother and sister fighting. King said her oldest brother, who was not present at the residence on September 28, 2022, had raped her numerous times in the past.

6. King was asked to describe how the shooting took place. She said she had a rifle in her hand and fired one shot into the ground near M.K.'s feet. He turned and ran towards the vehicle and was in the vicinity of where she knew he kept weapons. She shot him several times in the back, and he fell to the ground. She approached and shot him once in the head. Her son, John Doe, saw or heard this and was attempting to get away. She "caught" him between the vehicles, and he was shaking pleading with her not to harm him. She told him she was sorry then shot him once in the face. King pointed to her face while describing the shooting, pointing to the same area where your Affiant observed the penetrating gunshot wound to John Doe's face. After she shot both M.K. and John Doe, she left in a vehicle, and as she was driving on the highway, she shot at several passing vehicles. She said she thought she struck several of the vehicles but did not think she killed any of the occupants.

7. The events described above occurred on the Navajo Indian Reservation in Indian Country in the District of Arizona. Based upon the aforementioned information, your Affiant believes that a violation of federal law has occurred: Crime on an Indian Reservation, First Degree Murder, in violation of Title 18, U. S. C. Section 1153 and 1111.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2022

Eric D. Stoddard
Special Agent
Federal Bureau of Investigation
Flagstaff, Arizona

X   SWORN BY TELEPHONE

Subscribed and sworn to before me this 29th day of September, 2022.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.09.29 12:58:25 -07'00'

Honorable Camille D. Bibles
U.S. Magistrate Judge