JON M. SANDS
Federal Public Defender
District of Arizona
123 N. San Francisco Street, Suite 204
Flagstaff, AZ 86001
Telephone: (928) 213-1942
Fax: (928) 213-1946

Sarah K. Erlinder, State Bar # 027741
Asst. Federal Public Defender
Attorney for Defendant
Sarah_Erlinder@fd.org

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Lydia Carol King,<br><br>  Defendant. | No. 22-04365MJ-001-PCT-CDB<br><br>**DEFENSE MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION AND TO DETERMINE MENTAL COMPETENCY OF DEFENDANT** |

It is hereby requested that this Court enter an order providing that the Defendant be examined by a local psychiatrist or psychologist as to Defendant's competency to proceed in this matter with the cost of the examination being borne by the United States Attorney's Office. It is further requested that this Court thereafter promptly hold a hearing to determine whether Ms. King is competent to proceed in this matter.

The reason for this request is because undersigned believes that Ms. King may have a mental disease or defect which could affect Ms. King's competency. Undersigned bases this request on her communications with Ms. King and other information related to her case.

This motion is made pursuant to 18 U.S.C. §4241(a) and 18 U.S.C. §4247(b). In order to find a defendant incompetent, this Court must find by a preponderance of the evidence that the defendant presently is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. 18 U.S.C. §4241(d); Dusky v. U.S., 362 U.S. 402 (1960).

Federal Defender staff will contact a qualified mental health expert to perform the examination and provide a report to the Court.

To keep this case on track, it is requested that a status conference be set in approximately three to four weeks.

AUSA Wayne Venhuizen has been contacted and does not object to this motion.

A proposed Order is submitted herewith.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(1)(A) may occur as a result of this motion or from an order based thereon.

Respectfully submitted: October 3, 2022.

JON M. SANDS
Federal Public Defender

 s/ Sarah K. Erlinder
Sarah K. Erlinder
 Asst. Federal Public Defender

1  Copy of the foregoing transmitted by ECF for
2  filing and served on October 3, 2022, to:

3  Honorable Camille D. Bibles
   United States Magistrate Court
4  123 N. San Francisco Street
   Flagstaff, AZ 86001
5

6  Wayne Venhuizen for Dimitra Hotis Sampson
   Assistant United States Attorney
7  123 N. San Francisco Street, Suite 410
   Flagstaff, AZ 86001
8

9   _s/ ar_____