# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Lydia Carol King,<br><br>    Defendant. | No. 22-04365MJ-001-PCT-CDB<br><br>**ORDER** |

This matter having come before the Court on a Defense Motion for Psychiatric or Psychological Examination as to Determine Mental Competency of Defendant pursuant to 18 U.S.C. §4241 and 4247, and the Court finding good cause therefor;

**IT IS HEREBY ORDERED** granting defendant's Motion.

**IT IS FURTHER ORDERED** that a certified mental health professional, i.e. a psychiatrist or psychologist from the Peak Forensic Psychology in Flagstaff, shall interview the Defendant and prepare a report, submitting the original to Court with copies to defense counsel and government counsel.  Further, the report prepared by the psychiatrist/psychologist shall include:

    1.    The Defendant's history and present symptoms.

    2.    A description of the psychiatric, psychological and/or medical tests that were employed and their results.

    3.    The examiner's findings.

    4.    The examiner's opinions as to diagnosis and prognosis.

5. Whether the Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

**IT IS FURTHER ORDERED** that said examination shall occur promptly, with the cost of the examination and report being borne by the United States Attorney's Office.

**IT IS FURTHER ORDERED** the October 5, 2022 at 9:30 AM detention hearing is VACATED.

**IT IS FURTHER ORDERED** setting a Status Hearing re competency and possible Detention Hearing for Monday, October 24, 2022 at 9:45 a.m. before U.S. Magistrate Judge Camille D. Bibles.

**IT IS FURTHER ORDERED** vacating the hearings set for Wednesday, October 5, 2022 at 9:30 a.m.

**IT IS FURTHER ORDERED** counsel for defendant is directed to provide a copy of this Order to Peak Forensic Psychology and the Clerk shall deliver a copy to the United States Marshals Service.

**IT IS FURTHER ORDERED** excludable delay under Title 18 U.S.C.§ 3161(h)(1)(A) will commence on October 3, 2022.

Dated this 4th day of October, 2022.

_____
Camille D. Bibles
United States Magistrate Judge